IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WHITNEY BANK,                          :

    Plaintiff,                      :

vs.                                    :    Civil Action No. 12-0198-CG-C

THOMAS C. SWEARINGEN,                  :

    Defendant.                      :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 4, 2012, is **ADOPTED** as the opinion of this Court.

The Court hereby finds that venue is properly laid in this district and **DENIES** Swearingen's request to transfer venue (Docs. 6 & 10).

**DONE and ORDERED** this 14th day of June, 2012.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE